Kimberlee A. Colbo
HUGHES WHITE COLBO
& TERVOOREN, LLC
4241 B Street, Ste 202
Anchorage, Alaska 99503
Telephone: (907) 263-8255
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Fire & Casualty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY WENGERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY,<br><br>　　　　　Defendant. | Case No. 4:24-cv-00009-SLG<br><br>**NOTICE OF LODGING<br>STATE COURT DOCUMENTS** |

Pursuant to 28 U.S.C.A. §1447(b) and this court's Order to Petitioner Subsequent to Removal dated March 6, 2024, Defendant State Farm Fire & Casualty Company hereby certifies that the Complaint, Summons, Certificate of Service and Notice of Removal of Civil Action on file in State Court were previously filed with this court on March 6, 2024. Defendant State Farm Fire & Casualty further certifies that attached hereto are the following pleadings from the Superior Court file not previously filed with the court:

　　　　　Exhibit A　　　　Case Description – Superior Court;

| | |
|---|---|
| Exhibit B | Affidavit of Service, filed February 5, 2024; |
| Exhibit C | Limited Entry of Appearance, filed February 15, 2024; |
| Exhibit D | Motion to Dismiss for Insufficiency of Service of Process, filed February 15, 2024; |
| Exhibit E | Affidavit of Service, filed February 16, 2024; |
| Exhibit F | Order Denying Motion to Dismiss for Insufficiency of Service of Process, dated March 1, 2024;. |
| Exhibit G | Entry of Appearance, filed March 5, 2024; |
| Exhibit H | Demand for Jury Trial, filed March 5, 2024. |

DATED at Anchorage, Alaska, this 3rd day of April, 2024.

HUGHES WHITE COLBO
& TERVOOREN, LLC
Attorneys for Defendant

By: *s/ Kimberlee A. Colbo*
Kimberlee A. Colbo
ABA No. 9211072

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 3rd day of April, 2024 on:

Steven S. Hansen
CSG, Inc.
Attorneys at Law
714 Fourth Avenue, Suite 200
Fairbanks, AK 99701

s/Kimberlee A. Colbo

Gary Wengert v.
State Farm Fire & Casualty
Case No. 4:24-cv-00009-SLG

**Notice of Lodging State Court Documents**
(Response to Court's March 6, 2024 Order)

### Index of Exhibits

| | |
|---|---|
| Exhibit A | Case Description – Superior Court; |
| Exhibit B | Affidavit of Service, filed February 5, 2024; |
| Exhibit C | Limited Entry of Appearance, filed February 15, 2024; |
| Exhibit D | Motion to Dismiss for Insufficiency of Service of Process, filed February 15, 2024; |
| Exhibit E | Affidavit of Service, filed February 16, 2024; |
| Exhibit F | Order Denying Motion to Dismiss for Insufficiency of Service of Process, dated March 1, 2024;. |
| Exhibit G | Entry of Appearance, filed March 5, 2024; |
| Exhibit H | Demand for Jury Trial, filed March 5, 2024. |