Attorney: Steven S. Hansen
Stevenh@alaskalaw.com

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| GARY WENGERT, <br> Plaintiff, <br><br> vs. <br><br> STATE FARM FIRE & CASUALTY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 4FA-23-02539 CI

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ALASKA <br><br> FOURTH JUDICIAL DISTRICT | ) <br> ) ss. <br> ) |

Alexis L. Sullivan, being first duly sworn upon oath, deposes and states:

1. I am a resident of Fairbanks, Alaska. I am over the age of eighteen years and not a party to the above action.

2. On the 29th day of December, 2023, the following was served via U.S. Postal Service, first class mail, postage fully prepaid, certified return receipt requested (see green card attached hereto):

> **COMPLAINT**
> **SUMMONS**
> **CASE DESCRIPTION**

The envelope was addressed to the following:

> State Farm Insurance Companies
> Fire claims
> PO Box 106169
> Atlanta, GA 30348

CSG, INC.
ATTORNEYS AT LAW
714 FOURTH AVENUE, SUITE 200
FAIRBANKS, ALASKA 99701
PHONE: (907) 452-1855
FAX: (907) 452-8154

Affidavit of Service
*Wengert v. State Farm*
Page 1 of 2

DATED at Fairbanks, Alaska this 5th day of February 2024.

_____
Alexis L. Sullivan

SUBSCRIBED AND SWORN to before me this 5th day of February 2024.

_____
Notary Public in and for Alaska
My Commission Expires: April 13/26

(SEAL) NIKI LIGHTLY, NOTARY PUBLIC, STATE OF ALASKA, Commission Number 2204413001

ATTORNEYS AT LAW
714 FOURTH AVENUE, SUITE 200
FAIRBANKS, ALASKA 99701
PHONE: (907) 452-1855
FAX: (907) 452-8154

Affidavit of Service
Wengert v. State Farm
Page 2 of 2

Exhibit B, Page 2 of 3
Case No. 4:24-cv-00009-SLG

Case 4:24-cv-00009-SLG    Document 12-2    Filed 04/03/24    Page 2 of 3

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Insurance Companies
Fire Claims
PO Box 106169
Atlanta, GA 30348-6169

9590 9402 8459 3186 9057 90

2. Article Number (Transfer from service label)

7020 1290 0001 8525 8648

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  GRETA  ☐ Agent
          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 2 9 2023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
MCCLENDON

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt